■ In the Matter of HELENA FROST et al., Appellants, v LESTER W. RUBIN, as Trustee Under the Will of ADOLPH TAUSIK, Deceased, et al., Respondents.

Concur—Kupferman, J. P., Sandler, Sullivan and Rosenberger, JJ.

■ STATE OF NEW YORK ex rel. BARRETT, on Behalf of JOHN P. GALANIS v KOEHLER

Concur—Murphy, P. J., Sandler, Rosenberger and Ellerin, JJ.

■ In the Matter of CAMERON K. WEHRINGER, a Disbarred Attorney. Concur—Murphy, P. J., Sandler, Asch, Rosenberger and Ellerin, JJ.